IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN A. HUDSON, Inmate #42809-048, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TAYLOR, )<br>)<br>Defendant. ) | Case No. 11-cv-0239-MJR-SCW |

MEMORANDUM AND ORDER DISMISSING CASE FOR WANT OF PROSECUTION

REAGAN, District Judge:

Defendant "Taylor" has yet to be served.  On March 29, 2012, the Court extended the time for service, ordering Plaintiff to provide additional information to the Clerk of Court to identify this Defendant on or before April 19, 2012 (Doc. 23).  The Court's Order clearly informed Plaintiff that failure to identify or serve Defendant Taylor within this timeframe would result in his dismissal without prejudice from this action, as well as dismissal of the entire case since Taylor is the only remaining defendant.

The extended time afforded by the Court has elapsed.  Plaintiff failed to provide the Clerk of Court with any further information as ordered.  Defendant Taylor is therefore **DISMISSED** from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).  It is **further ORDERED** that this entire action is **DISMISSED** without prejudice, for want of prosecution.  This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).  Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable.  See 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  The Clerk's Office is **DIRECTED** to close this case.

1

IT IS SO ORDERED.

DATED April 27, 2012.

                                                             s/ MICHAEL J. REAGAN  
                                                            Michael J. Reagan  
                                                            United States District Judge